## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DARRYL CHIMKO**

    **V**

                                                   **CA 03-40277-WGY**

**ANTONIO LUCAS**

## **ORDER**

**YOUNG, C.J.**

    A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above captioned matter on **NOV. 10, 2003,**

    IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before **DEC. 30, 2003** and Appellee's brief shall be filed on or before **JAN. 14, 2004**. The Appellant may file and serve a reply brief on or before **JAN. 26, 2004**. Oral argument on the above captioned appeal will be held on **FEB. 12, 2004** at 2:00 P.M.

    Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

                                                          By the Court,

                                                           /s/ Elizabeth Smith

                                                           **Deputy Clerk**

**December 15, 2003**