FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2003 DEC 22 P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| IN RE: | | CHAPTER 7 |
| --- | --- | --- |
| ANTONIO LUCAS, | | CASE NO. 03-42229-JBR |
| Debtor. | | |
| DARRYL CHIMKO, Appellant | | USDC 4:03-CV-40277 |
| vs. | | |
| ANTONIO LUCAS, Appellee | | |

## APPELLANT'S MOTION TO EXTEND THE DEADLINE FOR FILING THE APPELLANT'S BRIEF

Now comes Darryl Chimko, Individually and requests this Court to extend the deadline for filing Appellant's brief from December 30, 2003 to January 14, 2004. As grounds therefore, Appellant states the following:

The Order dated October 10, 2003, that is the subject of this appeal, was issued following an order to show cause and is for sanctions against the Appellant an attorney, for allegedly practicing law in Massachusetts without being admitted to the Bar of the Commonwealth of Massachusetts. Said alleged practice took place in the context of the approval of a Reaffirmation Agreement under the jurisdiction of the United States Bankruptcy Court, District of Massachusetts, Western Division.

The Reaffirmation Agreement was allowed by the Bankruptcy Court on October 10, 2003, and the Pro Se Debtor does not have an interest in this appeal, although he has been named as Appellee in the caption.

The United States Trustee's Office made an appearance at the evidentiary hearing regarding the order to show cause conducted by the Bankruptcy Court and questioned the Appellant. The United States Trustee was contacted and does not oppose the extension, although he has not determined as of yet whether he intends to make an appearance in this appeal.

Chimko received the Scheduling Notice on December 17, 2003. Given the upcoming holidays, the Appellant requests that the deadline for Appellant's Brief be extended until January 7, 2004; the deadline for Appellee's or interested party's brief be extended until January 23, 2004; and Appellant's reply brief be extended until February 2, 2004.

WHEREFORE, the Appellant requests that this Court extend the deadline for filing his brief to January 7, 2004; Appellee's brief to January 23, 2004 and Appellant's reply brief to February 2, 2004.

Respectfully submitted,
DARRYL CHIMKO
By his attorneys,
STEPHEN E. SHAMBAN LAW OFFICES, P.C.

By: *[signature]*
ANN BRENNAN (BBO 237770)
P.O. BOX 850973, 639 GRANITE ST.
BRAINTREE, MA  02185-0973
(781)849-1136

mr:12.16.03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>ANTONIO LUCAS,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 03-42229-JBR |
| DARRYL CHIMKO,<br>Appellant<br><br>vs.<br><br>ANTONIO LUCAS,<br>Appellee | USDC 4:03-CV-40277 |

## CERTIFICATE OF SERVICE

I, ANN BRENNAN do hereby certify that on December 19, 2003 I served the within APPELLANT'S MOTION TO EXTEND THE DEADLINE FOR FILING THE APPELLANT'S BRIEF by mailing a copy of same, postage prepaid first class mail to the following interested parties:

Richard King, Esq.
United States Trustee
600 Main Street
Suite 200
Worcester, MA 01608

Household Finance
c/o Shermeta, Chimko & Adams, P.C.
Attorneys and Counselors at Law
445 South Livernois Ste. 333
P.O. Box 80490
Rochester Hills, MI 48308-0490

Shermeta, Chimko & Adams, P.C.
Attorneys and Counselors at Law
445 South Livernois Ste. 333
P.O. Box 80490
Rochester Hills, MI 48308-0490

Darryl Chimko, Esq.
1613 Scenic Hollow
Rochester Hill, MI  48306

Antonio Lucas
98 Auburn Street
Unit 1
Lawrence, MA  01841

_____
ANN BRENNAN

mr:12.16.03