UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| IN RE:<br><br>ANTONIO LUCAS,<br><br>Debtor.<br><br>DARRYL CHIMKO,<br>Appellant<br><br>vs.<br><br>ANTONIO LUCAS,<br>Appellee | CHAPTER 7<br>CASE NO. 03-42229-JBR<br><br><br><br>USDC 4:03-CV-40277 WGY |

**MOTION FOR EMERGENCY CONSIDERATION RE:
APPELLANT'S MOTION TO EXTEND THE DEADLINE FOR
FILING THE APPELLANT'S BRIEF**

Now comes Darryl Chimko, Individually and requests this Court to grant emergency consideration regarding extension of the deadline for filing Appellant's brief from December 30, 2003 to January 14, 2004. As grounds therefore, Appellant states the following:

Chimko received the Scheduling Notice on December 17, 2003. Given the upcoming holidays and the office is closed December 25th and December 26th, the Appellant requests that the deadline for Appellant's Brief be extended until January 7, 2004; the deadline for Appellee's or interested party's brief be extended until January 23, 2004; and Appellant's reply brief be extended until February 2, 2004.

WHEREFORE, the Appellant requests that this Court grant emergency consideration of his motion to extend the deadline for filing his brief to January 7, 2004; Appellee's brief to January 23, 2004 and Appellant's reply brief to February 2, 2004. A copy of the Motion filed December 22, 2003 is attached hereto as Exhibit "A".

Respectfully submitted,
DARRYL CHIMKO
By his attorneys,
STEPHEN E. SHAMBAN LAW OFFICES, P.C.

By: *Ann Brennan*
ANN BRENNAN (BBO 237770)
P.O. BOX 850973, 639 GRANITE ST.
BRAINTREE, MA  02185-0973
(781)849-1136

mr:12.24.03