```
                                                                  1



 1                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS
 2
                                                    Civil Action
 3                                                  No. 03-40277-WGY

 4

 5     * * * * * * * * * * * * * * * *
       IN RE:                         *
 6                                    *
            ANTONIO LUCAS,            *
 7                                    *
            Debtor.                   *
 8     _____*
                                      *        HEARING
 9          DARRYL CHIMKO,            *
                                      *
10          Appellant,                *
                                      *
11     v.                             *
                                      *
12          ANTONIO LUCAS,            *
                                      *
13          Appellee.                 *
       * * * * * * * * * * * * * * * *
14

15
                  BEFORE:  The Honorable William G. Young,
16                         District Judge

17

18     APPEARANCES:

19
              STEPHEN E. SHAMBAN LAW OFFICES, P.C. (By Ann
20       Brennan, Esq.) P.O. Box 850973, 639 Granite Street,
         Braintree, Massachusetts 02185-0973, on behalf of
21       Darryl Chimko

22


23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            February 12, 2004
```