UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO LUCAS,<br><br>        Debtor.<br><br>DARRYL CHIMKO,<br><br>        Appellant<br><br>v.<br><br>RICHARD A. KING, US TRUSTEE,<br><br>        Appellee | Civil Number 03-cv-40277-WGY<br><br>Bankruptcy Appeal<br>03-42229-JBR |

### UNITED STATES TRUSTEE'S **ASSENTED TO** MOTION TO BE REMOVED AS APPELLEE (WITH CERTIFICATE OF CONFERENCE)

Pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8001, 8004 and 8006, Fed. R. App. P. 6, **and with the assent of the appellant**, Richard King, Assistant United States Trustee, moves the Court to remove him as a named appellee in this appeal, because he is not the United States Trustee, has not participated in either these proceedings or the proceedings now pending before the Massachusetts Supreme Judicial Court as a result of this Court's certification, and he has no stake in the appeal's ultimate resolution. The United States Trustee submits, therefore, that the Court should redact the style of the appeal.

1

WHEREFORE, the United States Trustee prays that the Court enter an order: i) removing Richard King, Assistant U.S. Trustee, as a named appellee in this appeal; ii) redacting the style of the appeal by removing any reference to the United States Trustee; and iii) granting him general relief.

Respectfully submitted,

Phoebe Morse
United States Trustee

By: _____
Richard King (BBO #549382)
Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
446 Main Street, 14th floor
Worcester, MA 01608
Tel: (508) 793-0555
Fax: (508) 793-0558

Dated: February 16, 2005.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, on February 15, 2005, he spoke with counsel for the Appellant, Stephen E. Shamban, Esq., who indicated that he did not oppose the relief here requested.

_____
Richard T. King

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 16, 2005, true and correct copies of the foregoing Motion were served via United States mail, First Class postage pre-paid, upon the individuals listed below.

_____
Richard King

Stephen E. Shamban, Esq.
Stephen E. Shamban Law Offices, P.C.
P.O. Box 850973
222 Forbes Road
Braintree, MA 02185-0973